UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD AAKER,<br><br>          Plaintiff,<br><br>vs.<br><br>FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | 4:25-CV-04094-RAL<br><br>JUDGMENT OF DISMISSAL |

On January 13, 2026, the parties filed a Joint Stipulation for Dismissal, Doc. 39. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 14th day of January, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE